UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GREGORY L. BOWIE,

        Plaintiff,

  v.                                Case No. 20-cv-1108-pp

AGENT GATES, JUSTIN KOEPNICK,
AND KRISTI WILCOX,

        Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
PAY INITIAL PARTIAL FILING FEE (DKT. NO. 7) AND DENYING
PLAINTIFF'S MOTION TO PROCEED WITH SCREENING (DKT. NO. 7)**

---

The plaintiff is a prisoner representing himself. On August 4, 2020, the court ordered the plaintiff to submit an initial partial filing fee of $58.00 to the Clerk of Court by August 25, 2020. Dkt. No. 6 at 3. The plaintiff has filed a letter requesting a sixty-day extension of time to pay the initial partial filing fee. Dkt. No. 7. The court will grant this request. The plaintiff also requests the court to proceed with screening the complaint because, he alleges, the defendants' illegal conduct "has occurred and **is** ongoing." Id. at 1, 2. The Prison Litigation Reform Act's statutory formula (28 U.S.C. §§1915(b)(1), (b)(4)), however, requires prisoners to pay the initial partial filing fee before the court will consider the merits of the case. See Newlin v. Helman, 123 F.3d 429, 435 (7th Cir. 1997), overruled on other grounds by Lee v. Clinton, 209 F.3d 1025 (7th Cir. 2000), and Walker v. O'Brien, 216 F.3d 626 (7th Cir. 2000). The court

1

will deny the plaintiff's request to screen the complaint before he pays the initial partial filing fee.

If the plaintiff does not pay the initial partial filing fee, or file a written document explaining why he can't pay the fee, by the date at the end of this order, he will be held to have withdrawn this case voluntarily, and the case will be closed without prejudice.

The court **GRANTS** the plaintiff's motion for extension of time to pay initial partial filing fee. Dkt. No. 7. On or before **October 26, 2020**, the plaintiff must forward to the Clerk of Court the sum of $58.00 as an initial partial filing fee.

The court **DENIES** the plaintiff's motion to proceed with screening. Dkt. No. 7.

Dated at Milwaukee, Wisconsin this 24th day of August, 2020.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

2