UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GREGORY L. BOWIE,

                Plaintiff,

v.                                                  Case No. 20-cv-1108-pp

AGENT GATES, JUSTIN KOEPNICK
and KRISTI WILCOX,

                Defendants.

---

**ORDER DISMISSING CASE FOR PLAINTIFF'S FAILURE TO PAY INITIAL PARTIAL FILING FEE**

---

On August 4, 2020, the court issued an order requiring the plaintiff to pay an initial partial filing fee of $58.00 by August 25, 2020. Dkt. No. 6. A week before the initial partial filing fee was due, the plaintiff filed a motion for extension of time to pay the fee. Dkt. No. 7. The court granted that motion and ordered the plaintiff to pay the fee by October 26, 2020. Dkt. No. 8. The court's August 24, 2020 order warned the plaintiff that if the court did not receive either the initial partial filing fee or a written document explaining why he could not pay the fee by October 26, 2020, the court would dismiss the case without prejudice. Id. at 2.

October 26, 2020 has passed, and the court has not received anything from the plaintiff. The court checked the inmate locator site for the Kenosha County Detention Center; the plaintiff is still there. The court will dismiss the case without prejudice.

1

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to pay the initial partial filing fee. The clerk will enter judgment accordingly.

This order and the judgment to follow are final. A dissatisfied party may appeal this court's decision to the Court of Appeals for the Seventh Circuit by filing in this court a notice of appeal within 30 days of the entry of judgment. See Fed. R. of App. P. 3, 4. This court may extend this deadline if a party timely requests an extension and shows good cause or excusable neglect for not being able to meet the 30-day deadline. See Fed. R. App. P. 4(a)(5)(A).

Under limited circumstances, a party may ask this court to alter or amend its judgment under Federal Rule of Civil Procedure 59(e) or ask for relief from judgment under Federal Rule of Civil Procedure 60(b). Any motion under Federal Rule of Civil Procedure 59(e) must be filed within 28 days of the entry of judgment. The court cannot extend this deadline. See Fed. R. Civ P. 6(b)(2). Any motion under Federal Rule of Civil Procedure 60(b) must be filed within a reasonable time, generally no more than one year after the entry of the judgment. The court cannot extend this deadline. See Fed. R. Civ. P. 6(b)(2). The court expects parties to closely review all applicable rules and determine, what, if any, further action is appropriate in a case.

Dated in Milwaukee, Wisconsin this 6th day of November, 2020.

BY THE COURT:

_____
HON. PAMELA PEPPER
**Chief United States District Judge**